UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE MACK CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No.  1:23-cv-00352-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 39) |

　　　　Plaintiff Terrence Mack Carter ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 30, 2023, the Magistrate Judge filed findings and recommendations recommending that the District Court grant Defendant' Motion to Dismiss, but grant Plaintiff leave to file an amended complaint.  (ECF No. 39.)  The findings and recommendations were served on Plaintiff and contained notice that objections to thereto were to be filed within fourteen days.  (*Id.* at 4.)  Plaintiff has not filed objections, and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly,

1. The findings and recommendations, filed on June 30, 2023, (ECF No. 39), is adopted in full;
2. Defendant's motion to dismiss, (ECF No. 26), is GRANTED;
3. Plaintiff is ordered to file a First Amended Complaint no later than twenty-one (21) days of service of this order; and
4. The case is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 22, 2023

_____
UNITED STATES DISTRICT JUDGE

2