UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MACK CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:23-cv-00352-KJM-HBK (PC)<br><br>ORDER NOTING PLAINTIFF'S CHANGE OF ADDRESS AND SUA SPONTE GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. No. 47)<br><br>MAY 24, 2024 DEADLINE |

On April 4, 2024, Plaintiff filed a Notice of Change of Address indicating that Plaintiff was released from FCI-Lompoc to a reentry facility in San Diego.  (*See* Doc. No. 47).  On April 5, 2024, the Clerk reserved the Court's January 17, 2024 Order denying Plaintiff's discovery motion and directing Plaintiff to deliver his Second Amended Complaint to correctional officials for mailing no later than February 23, 2024. (Doc. No. 45).  To date, Plaintiff has not requested an extension of time or filed a Second Amended Complaint as directed by the Court in its January 17, 2024 order.  (Doc. No. 45; *see* docket).  In light of Plaintiff's change of address,[1] the Court

---

[1] On April 16, 2024, the Court's April 3, 2024 Order reassigning this case to Distrct Judge Kimberly J. Mueller was returned "Undeliverable, Unable to Forward."  *See* docket.  Anu further change of address is due June 18, 2024.  *See* Local Rule 183(b).

1

will *sua sponte* grant Plaintiff a 30-day extension of time in which to file his Second Amended Complaint.

Accordingly, it is hereby **ORDERED**:

1. No later than **May 24, 2024**, Plaintiff shall deliver to correctional officials for mailing his Second Amended Complaint.
2. If Plaintiff fails to timely comply with this Court Order or seek an extension of time to comply, the Court will recommend that the district court dismiss this action for Plaintiff's failure to comply with this Court Order and prosecute this action.
3. The Clerk of Court shall include a blank civil rights complaint form for Plaintiff's use as appropriate.

Dated:   April 19, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE