UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MACK CARTER,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No.  1:23-cv-00352-KJM-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 49) |

     Terrance Mack Carter, a former federal prisoner proceeding pro se and *in forma pauperis*, is proceeding on his First Amended Complaint (FAC) in this civil rights action, originally filed in the Southern District of California.  ECF No. 6.  On June 30, 2020, the previously-assigned Magistrate Judge ordered the FAC served on Defendants.  ECF No. 7.  Defendants subsequently filed a Motion to Dismiss, which the previously-assigned District Judge granted with leave to amend on September 22, 2023.  ECF Nos. 26, 40.  Plaintiff was granted two extensions of time in which to file his second amended complaint (SEC), but to date has not done so.  *See* ECF Nos. 42, 48.

     After Plaintiff failed to timely file a SAC, the assigned Magistrate Judge issued Findings and Recommendations ("F&R") to dismiss Plaintiff's case without prejudice for failure to prosecute and comply with a Court order.  ECF No. 49.  The order was served on Plaintiff at his address of record and contained a notice that any objections were to be filed within 14 days.  *Id*.

at 4–5.  In addition, Plaintiff was informed that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  To date, Plaintiff has not filed any response to the June 21, 2024 F&R and the time to do so has expired.  *See generally* Docket.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case.  Having reviewed the file, the court concludes that the findings and recommendation are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 21, 2024 (ECF No. 49) are **ADOPTED** in full.
2. This action is dismissed without prejudice.
3. The Clerk of Court is directed to close this case.

DATED:  September 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE